

EXHIBIT B
JUDICIAL NOTICE

**COMPOSITION OF THE ANDOVER SCHOOL COMMITTEE**

(i)   April 11,  2019:
Chair:          Shannon Scully
Vice Chair:     Paul Murphy
Members:        Susan McCreedy; Tracey Spruce; and Joel Blumstein.

(ii)   March 25, 2021:
Chair:          Susan McCready
Vice Chair:     Lauren Conoscenti
Members:        Tracey Spruce; Shannon Scully; and Paul Murphy.

(iii)   March 22, 2022:
Chair:          Susan McCready
Vice Chair:     Lauren Conoscenti
Members:        Tracey Spruce; Emily DiCesaro; and Sandis Wright.

(iv)   March 28, 2024:
Chair:          Lauren Conoscenti
Vice Chair:     Sandis Wright
Members:        Emily DiCesaro; Shauna Murray; and Lauren Diffenbach.

(v)   May 5, 2025:
Chair:          Shauna Murray
Vice Chair:     Lauren Conoscenti
Members:        Lauren Diffenbach; Christopher Shepley; and Jacob Tamarkin.

(vi)   April 28, 2026:
Chair:          Shauna Murray
Vice Chair:     Lauren Diffenbach
Members:        Dave Crow; Christopher Shepley; and Jacob Tamarkin.