UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FUSION LEARNING, INC. <br>     Plaintiff, <br><br>     v. <br><br> ANDOVER SCHOOL COMMITTEE, and <br> TOWN OF ANDOVER D/B/A ANDOVER <br> SCHOOL DEPARTMENT D/B/A ANDOVER <br> PUBLIC SCHOOLS. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:21-cv-11059-MJJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF FUSION LEARNING, INC.'S ASSENTED TO MOTION FOR
ENLARGEMENT OF TIME SET FORTH IN SETTLEMENT ORDER OF DISMISSAL**

On May 14,2026, the Court entered Settlement Order of Dismissal, *Doc No. 243.* Plaintiff

Fusion Learning, Inc. ("Fusion") respectfully moves for an additional ten (10) days, to June 23,

2026, for the period within which to reopen the action set forth in the Court's Order. Defendants

assent to the granting of this motion.

The parties executed a Settlement Agreement and Mutual Release on May 22, 2026

("Settlement Agreement"), included as Exhibit A filed with this motion. Defendants, in addition

to agreeing to a new process under which they will consider Fusion's private school application,

Ex. A, ¶13, agreed to pay Fusion $2,500,000 prior to June 22, 2026. Ex. A, ¶1.

On May 22, 2026 defense counsel advised that payment would be made on or shortly after

June 1. See email dated May 22, 2026 from defense counsel, included as Exhibit B filed with this

motion. Defense counsel subsequently advised that Fusion could expect payment the week of

June 8-12. Thus far, payment has not been received.

Fusion's request for an enlargement of the period  in the Court's Order to June 23 is a precautionary measure, should Fusion not receive timely payment.[1]

WHEREFORE, plaintiff Fusion Learning, Inc. respectfully requests that its motion be granted.

FUSION LEARNING, INC.

By its attorneys,

 /s/ Joseph J. Wadland
Joseph J. Wadland, BBO No. 548531
Email:  jwadland@wadacklaw.com
James L. Ackerman, BBO No. 011650
Email:  jackerman@wadacklaw.com
Wadland & Ackerman
Two Dundee Park, Suite 102
Andover, MA  01810
Tel. (978) 474-8880

ASSENTED-TO:

The Defendants,
ANDOVER SCHOOL COMMITTEE and
TOWN OF ANDOVER,
By their attorneys,

PIERCE DAVIS & PERRITANO, LLP

/s/ Adam Simms
Matthew J. Hamel, BBO# 706146
Adam Simms, BBO# 632617
10 Post Office Square, Suite 110N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
mhamel@piercedavis.com

Dated:  June 8, 2026

---

[1] Upon receipt of payment, Fusion is obligated to file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Ex. A, ¶2.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy will be served upon those indicated as non-registered participants on June 8, 2026

*/s/ Joseph J. Wadland*
Joseph J. Wadland, Esq.