# EXHIBIT B

**From:** Matthew Hamel <mhamel@piercedavis.com>
**Sent:** Friday, May 22, 2026 4:01 PM
**To:** James Ackerman <jackerman@wadacklaw.com>
**Cc:** Adam Simms <ASimms@piercedavis.com>; Joe Wadland <jwadland@wadacklaw.com>
**Subject:** RE: Agreement executed by Dave Martin

Jim and Joe:

Attached please find the fully executed settlement agreement with all signatures.  Please let me know if you have any questions.  I have transmitted the wire information to MIIA, and as previously noted, they will process the settlement on or shortly after June 1, 2026.

Have a nice long weekend.

Matt



BOSTON, MA
PORTLAND, OR
PROVIDENCE, RI
BRIDGEPORT, CT
LOS ANGELES, CA

Matthew J. Hamel
Associate
PIERCE DAVIS & PERRITANO LLP

10 Post Office Square, Suite 1100N
Boston, MA 02109
617-350-0950 Ext. 109
mhamel@piercedavis.com
www.piercedavis.com

**To send me files securely, Click Here.**

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*